AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Randolph Carr, Jr. | ) | Case No: 2:10CR00007-021 |
| | ) | USM No: 59208-112 |
| Date of Original Judgment: 02/09/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Carr was sentenced pursuant to a binding Plea Agreement that was not based on sentencing guideline calculations. In addition, because of his status as a Career Offender, the changes to the Drug Quantity Table did not reduce his total offense level. Thus, Mr. Carr is not eligible for a sentence reduction pursuant to Amendment 782.

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/21/2015

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

Distribution:

Randolph Carr
Reg. No. 59208-112
FCI Pollock
P.O. Box 4050
Pollock, LA 71467

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov