AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:10-cr-00007-JMS-CMM-21 |
| v. | ORDER ON MOTIONS FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| RANDOLPH CARR | (COMPASSIONATE RELEASE) |

Upon motions of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motions are:

☒ GRANTED. The defendant's previously imposed sentence of 204 months in prison is reduced to time served. The term of supervised release remains 6 years. The terms of supervised release stated in the Judgment imposed on February 15, 2011, dkt. 782, remain the same.

☒ OTHER: The defendant's USM Number is 59208-112. This Order is stayed for up to **14 days** to make appropriate arrangements for the defendant's transition to supervised release. The Bureau of Prisons shall release the defendant as soon as appropriate arrangements have been made. There shall be no delay in ensuring such arrangements are made. If more than 14 days are needed to make appropriate arrangements, the parties shall immediately notify the Court and show cause why the stay should be extended.

No later than **12:00 p.m. on October 27, 2023**, counsel for the United States is ordered to do the following: (1) transmit this Order to the defendant's custodian; and (2) file a notice with the Court confirming that transmission of this Order has occurred.

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

☒ **FACTORS CONSIDERED:** In response to the defendant's motions, the United States filed a response stating that the government did not object to a reduction of the defendant's sentence to time served. Dkt. 1938. The United States did not argue that the defendant failed to exhaust his administrative remedies. Therefore, any argument as to exhaustion is waived. *United States v. Gunn*, 980 F.3d 1178, 1179 (7th Cir. 2020); *United States v. Sanford*, 986 F.3d 779, 782 (7th Cir. 2021). Based on the United States' stipulation, the Court finds that extraordinary and compelling reasons warrant a sentence reduction, that the defendant does not pose a danger to any other person or the community, and that the sentencing factors in 18 U.S.C. § 3553(a) weigh in favor of granting the motions. Accordingly, the defendant's motions for compassionate release, dkts. [1896] and [1925], are **granted**. Defendant shall reside with his sister, for whom he shall provide care.

**SO ORDERED**.

Dated:   Date: 10/25/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel